UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SANTIAGO ABREU, an individual,

       Plaintiff,

                                    Case No. 1:16-cv-00574-GJQ-RSK

v.

                                    HONORABLE GORDON J. QUIST

GLR MICHIGAN #2, LIMITED PARTNERSHIP,
A Nevada Limited Partnership,

       Defendant.
_____/

## NOTICE OF SETTLEMENT AND
## REQUEST TO CANCEL RULE 16 SCHEDULING CONFERENCE

       Plaintiff and Defendant, by their respective counsel, advise the Court that they have reached a settlement of all claims. The parties will file a stipulation to dismiss the Complaint with prejudice on or before August 18, 2016. In light of the settlement, the parties request that the Court remove the Rule 16 Scheduling Conference, currently scheduled for August 4, 2016 at 2:00 p.m., from the docket.

2

                                            CHASTAIN & AFSHARI, LLP
                                            Attorneys for Plaintiff

Dated: August 3, 2016                By  /s/ George T. Blackmore
                                                George T. Blackmore (P-76942)
                                          Business Address:
                                              21411 Civic Center Drive, Suite 200
                                              Southfield, Michigan   48076
                                              Email:  george@cnalawgroup.com
                                          Telephone:  (248) 845-8594


                                          MILLER JOHNSON
                                          Attorneys for Defendant

Dated: August 3, 2016                By  /s/ Craig H. Lubben
                                                Craig H. Lubben (P-33154)
                                          Business Address:
                                              Radisson Plaza Hotel & Suites
                                              100 West Michigan Avenue, Suite 200
                                              Kalamazoo, MI 49007-3960
                                              Email:  lubbenc@millerjohnson.com
                                          Telephone:  (269) 226-2958