UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SANTIAGO ABREU, an individual,

       Plaintiff,

v.

GLR MICHIGAN #2, LIMITED PARTNERSHIP,
A Nevada Limited Partnership,

       Defendant.
_____/

Case No. 1:16-cv-00574-GJQ-RSK

HONORABLE GORDON J. QUIST

## ORDER FOR DISMISSAL
## WITH PREJUDICE

The Court having read the stipulation of the parties and being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with no costs being awarded to any party.

Dated: ___August 23_____, 2016    ____/s/ Gordon J. Quist_____
                                                                   HONORABLE GORDON J. QUIST